STUART B. CLAWSON, Appellant, *v.* PIERCE-ARROW MOTOR CAR COMPANY, Respondent.

(Submitted July 13, 1921; decided July 14, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 273).